IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for New Century Home Equity Loan Trust, Series 2005-C, Asset Backed Pass-Through Certificates,<br>    Plaintiff,<br>v.<br>EFREN HERRERA and GUADALUPE HERRERA,<br>    Defendants. | No. 3:15-CV-2065-M (BF) |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. The Court reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Voluntary Dismissal [ECF No. 17] is GRANTED.

**SO ORDERED** this 10th day of November, 2016.

_____
BARBARA M. G. LYNN
CHIEF JUDGE